[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 96-2012

 DOMONIC SANTINI,

 Plaintiff, Appellant,

 v.

 HONORABLE GILBERTO GIERBOLINI, ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Salvador E. Casellas, U.S. District Judge]

 

 Before

 Torruella, Chief Judge, 
 Stahl and Lynch, Circuit Judges. 

 

Domonic Santini on brief pro se. 
Guillermo Gil, United States Attorney, Jorge E. Vega-Pacheco and 
Nelson Perez-Sosa, Assistant United States Attorneys, and Jose A. 
Quilles-Espinosa, Senior Litigation Counsel, on brief for appellees. 

 

 June 4, 1997
 

 Per Curiam. After carefully reviewing the record 

and the parties' briefs, we hold that the district court did

not abuse its discretion in sua sponte dismissing the 

complaint of appellant Domonic Santini. We add that nothing

in appellant's brief persuades us that allowing him to amend

the complaint would be anything but futile. See Shockley v. 

Jones, 823 F.2d 1068, 1072-73 (7th Cir. 1987). We therefore 

affirm the judgment of the district court essentially for the 

reasons stated in its Opinion and Order, Santini v. 

Gierbolini, 937 F.Supp. 130 (D.P.R. 1996). 

 Affirmed. 

 -2-